STATE OF NEW YORK
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.5715     AND FILED ON     6/15/2007

THE GUARDIAN NEWS, INC.,                                                  Plaintiff(s)/Petitioner(s)

Vs.

VILLAGE OF PLEASANTVILLE, NEW YORK                        Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
                                       ) SS
COUNTY OF WESTCHESTER  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/20/2007 at 2:41PM, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
VILLAGE OF PLEASANTVILLE, NEW YORK                    (herein called recipient) therein named.
At Location: 80 WHEELER AVENUE
PLEASANTVILLE NY

By delivering to and leaving with PATRICIA DWYER and that deponent knew the person so served to be the TOWN CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM    Color of Skin WH    Color of Hair BROWN
Age 40/45    Height 5'7"
Weight 135    Other Features

Sworn to before me on 6/20/2007

_____
GAIL WILLIAMS
Notary Public, State of New York
Qualified in Westchester County
Commission Expires 2010

_____
Gary Williams
Server's License#: