UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
THE GUARDIAN NEWS, INC.,

                             Plaintiff,

-against-

VILLAGE OF PLEASANTVILLE, New York,

                             Defendant.
---------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Docket No.
07 Civ. 5715 (CLB)

**PLEASE TAKE NOTICE** that Brian S. Sokoloff, a member of the firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for defendants, hereby files this notice solely for the purpose of receiving ECF alerts via email, reserving for defendants the right to contest jurisdiction or service.

Dated: Mineola, New York
       June 27, 2007

MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP
Attorneys for Defendant

By: _____
    BRIAN S. SOKOLOFF (bss-7147)
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516) 741-7676
Our File No. 07-436

TO:   LOVETT & GOULD, LLP
      222 Bloomingdale Road
      White Plains, New York 10605

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                       ) s.s.:
COUNTY OF NASSAU       )

**BRIAN S. SOKOLOFF**, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Bayside, New York.

That on June 27, 2007, deponent served the within **NOTICE OF APPEARANCE** upon:

> LOVETT & GOULD, LLP
> 222 Bloomingdale Road
> White Plains, NY 10605

the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
BRIAN S. SOKOLOFF

Sworn to before me this 27th day
Of June, 2007.

_____
NOTARY PUBLIC

Adam I Kleinberg
Notary Public, State of New York
No. 6075219
Qualified in Suffolk County
Term Expires June 3rd, 2010