UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
THE GUARDIAN NEWS, INC.,

                Plaintiff,

-against-

VILLAGE OF PLEASANTVILLE, New York,

                Defendant.
-------------------------------------------------------x

Docket No.
07 Civ. 5715 (CLB)

STIPULATION
AND ORDER
OF ~~SETTLEMENT~~
DISCONTINUANCE
WITH PREJUDICE

WHEREAS, plaintiff commenced this action challenging the constitutionality of certain Village of Pleasantville ordinances, and

WHEREAS, the parties desire to resolve this action without further accrual of costs or expenses; and

WHEREAS, in agreeing to this Stipulation and Order of Settlement, defendant does not admit either that plaintiff's complaint has any merit or that plaintiff would be entitled to any damages in the absence of a settlement;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties in this action, that:

1. The Village of Pleasantville has no legislation and/or rules and/or regulations that specifically relate to the placement of newsracks and/or the dissemination of newspapers on municipally owned property.

2. Plaintiff hereby agrees to discontinue this action, with prejudice, and without costs, fees, and expenses of any kind, including attorneys fees.

3. Nothing herein shall be deemed to prevent the Village of Pleasantville in the future from enacting any legislation and/or rule and/or regulation relating to the placement of newsracks and/or the dissemination of newspapers on municipally owned property, recognizing that plaintiff shall retain the right to judicially challenge any such legislation and/or rule and/or regulation.

IT IS FURTHER AGREED that a facsimile copy of this Stipulation shall have the same force and effect as an original.

Dated: Mineola, New York
~~November 30, 2007~~
January 3, 2008

LOVETT & GOULD, LLP
Attorneys for Plaintiff

By: _____
JONATHAN LOVETT (JL-4854)
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
Attorneys for Defendant

By: _____
ADAM I. KLEINBERG (AIK-0468)
The Esposito Building
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 07-436

SO ORDERED: January 7, 2008

_____
U.S.D.J.

2